# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **JOHN MCCRAY** | **CIVIL ACTION NO. 3:24-cv-00359** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **TYLER WADE** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, together with the Objection [Doc. No. 9] filed by Plaintiff John McCray ("Plaintiff"), and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint [Doc. # 1], is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 10th day of July 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**